# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR JARA, on behalf of himself and others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>FELIDIA RESTAURANT, INC., POLA RESTAURANT INC. d/b/a BECCO, IL POSTO LLC d/b/a DEL POSTO, PULPO LLC d/b/a ESCA, BABBO LLC, MARIO BATALI, JOSEPH BASTIANICH and LIDIA BASTIANICH,<br><br>           Defendants. | Case No.: 17-CV-9622<br><br>Carter, J.<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiff's Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, and (iii) the In Camera Supplemental Declaration of C.K. Lee in Support of (i) Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Settlement, and Approval of the FLSA Settlement and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses, and the exhibit attached thereo, Plaintiff respectfully requests that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: November 30, 2018

          Respectfully submitted,

          LEE LITIGATION GROUP, PLLC

          By: /s/ C.K. Lee
          C.K. Lee (CL 4086)
          Anne Seelig (AS 3976)
          30 East 39th Street, Second Floor
          New York, NY 10016
          Tel.: 212-465-1188
          Fax: 212-465-1181
          ***Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class***